Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
CAROLYN J. JACKSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN J. JACKSONPlaintiff,v.CAROLYN W. COLVIN, Acting Commissioner of Social Security.Defendant. | Case No.: 2:14-cv-02150-LDG-CWHSTIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL(SECOND  REQUEST) |

Plaintiff Carolyn J. Jackson and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from May 15, 2015 to June 18, 2015 for Plaintiff to file her Motion for Remand and/or Reversal or otherwise plead, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension.

-1-

1  This request is made at the request of Plaintiff's counsel to allow additional time to
2  consult with plaintiff on how to proceed.

3  DATE: May 11, 2015              Respectfully submitted,

4                                         ROHLFING & KALAGIAN, LLP

5                                       /s/ *Marc V. Kalagian*

6                         BY: _____
                            Marc V. Kalagian
7                              Attorney for plaintiff Ms. Carolyn J. Jackson

8

9  DATE:  May 11, 2015
                            DANIEL G. BOGDEN
10                             United States Attorney

11                              /s/ *Lynn Harada*

12                      BY: _____
                            LYNN HARADA
13                             Assistant United States Attorney
                            Attorneys for defendant Carolyn W. Colvin
14                             |*authorized by e-mail|

15

16 IT IS SO ORDERED: _____

17                            UNITED STATES MAGISTRATE JUDGE

18 DATED:   May 14, 2015

19

20

21

22

23

24

25

26