Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Joshua R. Harris
Attorney at Law: 9580
801 S. Fourth St.
Las Vegas, NV 89101
Tel: (702)444-4444
Fax: (702)444-4455

Attorneys for Plaintiff
Carolyn J. Jackson

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLYN J. JACKSON, | Case No.: 2:14-cv-02150-LDG-CWH |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CARL W. HOFFMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Carolyn J. Jackson ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security

-1-

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
2  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
3  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
4  order of the Court.

5  DATE: June 17, 2015            Respectfully submitted,

6                                 LAW OFFICES OF ROHLFING & KALAGIAN, LLP

7                                        /s/ *Marc V. Kalagian*
                            BY:_____
8                                  Marc V. Kalagian
                                   Attorney for plaintiff Carolyn J. Jackson
9

10 DATE: June 17, 2015            DANIEL G. BOGDEN
                                  United States Attorney
11

12                                       /s/ *Lynn M. Harada*
13                          BY:_____
                                  Lynn M. Harada
14                                Special Assistant United States Attorney
                                  Attorneys for Defendant Carolyn W. Colvin,
15                                Acting Commissioner of Social Security
                                  (Per e-mail authorization)
16

17

18

19

20 IT IS SO ORDERED:        _____
                            UNITED STATES MAGISTRATE JUDGE
21 DATED: June 22, 2015

22

23

24

25

26

-2-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:14-CV-02150-LDG-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 17, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff